IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CORY L. DIETEMAN,<br><br>         Plaintiff,<br><br>vs.<br><br>THE COUNTY OF LANCASTER, NEBRASKA,  LANCASTER COUNTY ADULT DETENTION FACILITY, MICHAEL THURBER, DR. DOUGLAS MORIN,  THE COUNTY OF DOUGLAS, NEBRASKA,  DOUGLAS COUNTY ADULT DETENTION CENTER, MARK FOXALL, JOHN AND JANE DOES 1-10,<br><br>         Defendants. | 4:14CV3053<br><br>**AMENDED PROGRESSION ORDER** |

The Joint Motion to Extend Progression Order (Filing No. 74), is granted, and the Amended Progression Order is as follows:

1)   The jury trial of this case is set to commence before Cheryl R. Zwart, United States Magistrate Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **February 8, 2016**, or as soon thereafter as the case may be called, for a duration of five (5) trial days.  Jury selection will be held at the commencement of trial.

2)   The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **January 26, 2016** at **9:00 a.m.**, and will be conducted by WebEx conferencing.  To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on January 25, 2016.  An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3)   The deposition deadline is August 14, 2015.

4)   The deadline for filing motions to dismiss and motions for summary

judgment is October 23, 2015.[1]

5) The parties shall comply with all other stipulations and agreements recited in Final Progression Order (Filing No. 33).

Dated this 15th day of June, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.