IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CORY L. DIETEMAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE COUNTY OF LANCASTER, NEBRASKA, et. al;<br><br>　　　　Defendants. | 4:14CV3053<br><br>**ORDER** |

IT IS ORDERED:

1) Defendants' motion to substitute, (Filing No. 79), is granted.

2) Ryan M. Swaroff and Douglas D. Cyr are substituted for Richard C. Grabow and Brittany L. Behrens as counsel for Defendants, Lancaster County Nebraska and Michael Thurber.

August 12, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge