IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CORY L. DIETEMAN,<br><br>        Plaintiff,<br><br>vs.<br><br>THE COUNTY OF LANCASTER, NEBRASKA, LANCASTER COUNTY ADULT DETENTION FACILITY, MICHAEL THURBER, DR. DOUGLAS MORIN, THE COUNTY OF DOUGLAS, NEBRASKA, DOUGLAS COUNTY ADULT DETENTION CENTER, MARK FOXALL, AND JOHN AND JANE DOES 1-10,<br><br>        Defendants. | 4:14CV3053<br><br>**JUDGMENT** |

Pursuant to the court's memorandum and order granting the motions for summary judgment, final judgment is entered in favor of the defendant and against the plaintiff, providing that the plaintiff shall take nothing and the plaintiff's complaint is dismissed with prejudice.

Dated this 8th day of December, 2015

                                                BY THE COURT:

                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge